USDC SCAN INDEX SHEET











BRADLEY

HOFFENBERG

RCM    8/1/97    9:50

3:96-CV-01023

*219*

*ANS.*

1  JOSEPH C. CAMPO, S.B.N. 150035
2  MARIANNE FRATIANNE, S.B.N. 163552
   LEWIS, D'AMATO, BRISBOIS & BISGAARD LLP
3  221 North Figueroa Street, Suite 1200
   Los Angeles, California 90012-2601
4  (213) 250-1800

   Attorneys for JOSEPH A. CLAIR III and
5  CENTER CITY PLANNING Defendants

6

7

8                    UNITED STATES DISTRICT COURT
9
             FOR THE SOUTHERN DISTRICT OF CALIFORNIA
10

11

12
   PAUL F. CLARK, SR, et al.,        )  No. 96-1023-J (JFS)
13                                    )
               Plaintiffs,           )  ANSWER TO SECOND AMENDED
14                                    )  COMPLAINT
   vs.                               )
15                                    )
   ANDOVER SECURITIES, INC. et       )
16  al.,                             )
                                     )
17            Defendants.            )
   _____)
18

19

20

21
   TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:
22
        PLEASE BE ADVISED that the Defendants Joseph A. Clair, III and
23
   Center City Planning herewith responds to the First Amended
24
   Complaint on file as follows:
25
        1. As to paragraph 1 of the Amended Complaint these answering
26
   defendants deny each, every, and all of the allegations contained
27
   therein.

28

Lewis, D'Amato
Brisbois & Bisgaard
Suite 1200
221 N. Figueroa St.
Los Angeles, CA 90012
(213) 250-1800

DATA97LA: 63448.1

*219*

1

2.    Answering paragraph 2 of the Complaint, these answering defendants deny, each, every, and all of the allegations contained in said paragraph.

3.    Answering paragraph 3 of the Complaint, these answering defendants lack sufficient information or belief to respond to the allegations contained in said paragraph, and must therefore  each, every, and all of the allegations contained therein.

4.    Answering paragraph 4 of the Complaint, these answering defendants lack sufficient information and belief to respond to the allegations contained in said paragraph, and must therefore deny each, every, and all of the allegations contained therein.

5.    Answering paragraph 5 of the Complaint, these answering defendants lack sufficient information and belief to respond to the allegations of said paragraph and must therefore deny each, every, and all of the allegations contained therein.

6.    Answering paragraph 6 of the Complaint, these answering defendants lack sufficient information and belief to respond to the allegations of said paragraph, and must therefore deny each, every, and all of the allegations contained therein.

7.    Answering paragraph 7 of the Complaint, these answering defendants lack sufficient information and belief to respond to the allegations contained in said paragraph, and must therefore deny each, every, and all of the allegations contained therein.

8.    Answering paragraph 8 of the Complaint, these answering defendants lack sufficient information and belief to respond to the allegations of said paragraph, and must therefore deny each, every, and all of the allegations contained therein.

Lewis, D'Amato
Brisbois & Bisgaard
Suite 1200
221 N. Figueroa St.
Los Angeles, CA 90012
(213) 250-1800

DATA97LA:  63448.1                          2

1    9.   Answering paragraph 9 of the Complaint, these answering

2    defendants lack sufficient information and belief to respond to the

3    allegations of said paragraph, and must therefore deny each, every,

4    and all of the allegations contained therein.

5    10.   Answering paragraph 10 of the Complaint, these answering

6    defendants lack sufficient information and belief to respond to the

7    allegations contained in said paragraph, and must therefore deny

8    each, every, and all of the allegations contained therein.

9    11.   Answering paragraph 11 of the Complaint, these answering

10   defendants lack sufficient information and belief to respond to the

11   allegations contained in said paragraph, and must therefore deny

12   each, every, and all of the allegations contained therein.

13   12.   Answering paragraph 12 of the Complaint, these answering

14   defendants lack sufficient information and belief to respond to the

15   allegations contained in said paragraph, and must therefore deny

16   each, every, and all of the allegations contained therein.

17   13.   Answering paragraph 13 of the Complaint, these answering

18   defendants admit that defendant Clair was a stockbroker at the time

19   alleged associated with Center City Planning, a duly organized New

20   York corporation and a member of the National Association of

21   Securities Dealers, which offered Towers Notes for sale.  However,

22   these answering defendants deny that any acts or omissions on the

23   part of these answering defendants were the proximate cause of any

24   harm suffered by any plaintiff herein.

25   14.   Answering paragraph 14 of the Complaint, these answering

26   defendants lack sufficient information and belief to respond to the

27   allegations contained in said paragraph, and must therefore deny

28   each, every, and all of the allegations contained therein.

Lewis, D'Amato
Brisbois & Bisgaard
Suite 1200
221 N. Figueroa St.
Los Angeles, CA 90012
(213) 250-1800

DATA97LA:  63448.1                    3

15.   Answering paragraph 15 of the Complaint, these answering defendants lack sufficient information and belief to respond to the allegations contained in said paragraph, and must therefore deny each, every, and all of the allegations contained therein.

16.   Answering paragraph 13 of the Complaint, these answering *defendants lack sufficient information and belief to respond to the* allegations contained in said paragraph, and must therefore deny each, every, and all of the allegations contained therein.

17.   Answering paragraph 17 of the Complaint, these answering defendants lack sufficient information and belief to respond to the allegations contained in said paragraph, and must therefore deny each, every, and all of the allegations contained therein.

18.   Answering paragraph 18 of the Complaint, these answering defendants lack sufficient information and belief to respond to the allegations contained in said paragraph, and must therefore deny each, every, and all of the allegations contained therein.

19.   Answering paragraph 19 of the Complaint, these answering defendants lack sufficient information and belief to respond to the allegations contained in said paragraph, and must therefore deny each, every, and all of the allegations contained therein.

20.   Answering paragraph 20 of the Complaint, these answering defendants lack sufficient information and belief to respond to the allegations contained in said paragraph, and must therefore deny each, every, and all of the allegations contained therein.

21.   Answering paragraph 21 of the Complaint, these answering defendants lack sufficient information and belief to respond to the allegations contained in said paragraph, and must therefore deny each, every, and all of the allegations contained therein.

Lewis, D'Amato
Brisbois & Bisgaard
Suite 1200
221 N. Figueroa St.
Los Angeles, CA 90012
(213) 250-1800

DATA97LA: 63448.1                    4

22.   Answering paragraph 22 of the Complaint, these answering defendants lack sufficient information and belief to respond to the allegations contained in said paragraph, and must therefore deny each, every, and all of the allegations contained therein.

23.   Answering paragraph 23 of the Complaint, these answering defendants lack sufficient information and belief to respond to the allegations contained in said paragraph, and must therefore deny each, every, and all of the allegations contained therein.

24.   Answering paragraph 24 of the Complaint, these answering defendants lack sufficient information and belief to respond to the allegations contained in said paragraph, and must therefore deny each, every, and all of the allegations contained therein.

25.   Answering paragraph 25 of the Complaint, these answering defendants lack sufficient information and belief to respond to the allegations contained in said paragraph, and must therefore deny each, every, and all of the allegations contained therein.

26.   Answering paragraph 26 of the Complaint, these answering defendants lack sufficient information and belief to respond to the allegations contained in said paragraph, and must therefore deny each, every, and all of the allegations contained therein.

27.   Answering paragraph 27 of the Complaint, these answering defendants lack sufficient information and belief to respond to the allegations contained in said paragraph, and must therefore deny each, every, and all of the allegations contained therein.

28.   Answering paragraph 28 of the Complaint, these answering defendants lack sufficient information and belief to respond to the allegations contained in said paragraph, and must therefore deny each, every, and all of the allegations contained therein.

Lewis, D'Amato
Brisbois & Bisgaard
Suite 1200
221 N. Figueroa St.
Los Angeles, CA 90012
(213) 250-1800

1    29.   Answering paragraph 29 of the Complaint, these answering

2    *defendants lack sufficient information and belief to respond to the*

3    allegations contained in said paragraph, and must therefore deny

4    each, every, and all of the allegations contained therein.

5    30.   Answering paragraph 30 of the Complaint, these answering

6    defendants lack sufficient information and belief to respond to the

7    allegations contained in said paragraph, and must therefore deny

8    each, every, and all of the allegations contained therein.

9    31.   Answering paragraph 31 of the Complaint, these answering

10   defendants lack sufficient information and belief to respond to the

11   allegations contained in said paragraph, and must therefore deny

12   each, every, and all of the allegations contained therein.

13   32.   Answering paragraph 32 of the Complaint, these answering

14   defendants lack sufficient information and belief to respond to the

15   allegations contained in said paragraph, and must therefore deny

16   each, every, and all of the allegations contained therein.

17   33.   Answering paragraph 33 of the Complaint, these answering

18   defendants lack sufficient information and belief to respond to the

19   allegations contained in said paragraph, and must therefore deny

20   each, every, and all of the allegations contained therein.

21   34.   Answering paragraph 34 of the Complaint, these answering

22   defendants lack sufficient information and belief to respond to the

23   allegations contained in said paragraph, and must therefore deny

24   each, every, and all of the allegations contained therein.

25   35.   Answering paragraph 35 of the Complaint, these answering

26   defendants lack sufficient information and belief to respond to the

27   allegations contained in said paragraph, and must therefore deny

28   each, every, and all of the allegations contained therein.

Lewis, D'Amato
Brisbois & Bisgaard
Suite 1200
221 N. Figueroa St.
Los Angeles, CA 90012
(213) 250-1800

DATA97LA: 63448.1

36.   Answering paragraph 36 of the Complaint, these answering defendants lack sufficient information and belief to respond to the allegations contained in said paragraph, and must therefore deny each, every, and all of the allegations contained therein.

37.   Answering paragraph 37 of the Complaint, these answering defendants lack sufficient information and belief to respond to the allegations contained in said paragraph, and must therefore deny each, every, and all of the allegations contained therein.

38.   Answering paragraph 38 of the Complaint, these answering defendants lack sufficient information and belief to respond to the allegations contained in said paragraph, and must therefore deny each, every, and all of the allegations contained therein.

39.   Answering paragraph 39 of the Complaint, these answering defendants lack sufficient information and belief to respond to the allegations contained in said paragraph, and must therefore deny each, every, and all of the allegations contained therein.

40.   Answering paragraph 40 of the Complaint, these answering defendants lack sufficient information and belief to respond to the allegations contained in said paragraph, and must therefore deny each, every, and all of the allegations contained therein.

41.   Answering paragraph 41 of the Complaint, these answering defendants lack sufficient information and belief to respond to the allegations contained in said paragraph, and must therefore deny each, every, and all of the allegations contained therein.

42.   Answering paragraph 42 of the Complaint, these answering defendants lack sufficient information and belief to respond to the allegations contained in said paragraph, and must therefore deny each, every, and all of the allegations contained therein.

Lewis, D'Amato
Brisbois & Bisgaard
Suite 1200
221 N. Figueroa St.
Los Angeles, CA 90012
(213) 250-1800

DATA97LA: 63448.1          7

43.  Answering paragraph 43 of the Complaint, these answering defendants lack sufficient information and belief to respond to the allegations contained in said paragraph, and must therefore deny each, every, and all of the allegations contained therein.

44.  Answering paragraph 44 of the Complaint, these answering defendants lack sufficient information and belief to respond to the allegations contained in said paragraph, and must therefore deny each, every, and all of the allegations contained therein.

45.  Answering paragraph 45 of the Complaint, these answering defendants lack sufficient information and belief to respond to the allegations contained in said paragraph, and must therefore deny each, every, and all of the allegations contained therein.

46.  Answering paragraph 46 of the Complaint, these answering defendants lack sufficient information and belief to respond to the allegations contained in said paragraph, and must therefore deny each, every, and all of the allegations contained therein.

47.  Answering paragraph 47 of the Complaint, these answering defendants lack sufficient information and belief to respond to the allegations contained in said paragraph, and must therefore deny each, every, and all of the allegations contained therein.

48.  Answering paragraph 48 of the Complaint, these answering defendants lack sufficient information and belief to respond to the allegations contained in said paragraph, and must therefore deny each, every, and all of the allegations contained therein.

49.  Answering paragraph 49 of the Complaint, these answering defendants lack sufficient information and belief to respond to the allegations contained in said paragraph, and must therefore deny each, every, and all of the allegations contained therein.

Lewis, D'Amato
Brisbois & Bisgaard
Suite 1200
221 N. Figueroa St.
Los Angeles, CA 90012
(213) 250-1800

DATA97LA: 63448.1                                    8

50.  Answering paragraph 50 of the Complaint, these answering defendants lack sufficient information and belief to respond to the allegations contained in said paragraph, and must therefore deny each, every, and all of the allegations contained therein.

51. Answering paragraph 51 of the Complaint, these answering defendants lack sufficient information and belief to respond to the allegations contained in said paragraph, and must therefore deny each, every, and all of the allegations contained therein.

52.  Answering paragraph 52 of the Complaint, these answering defendants lack sufficient information and belief to respond to the allegations contained in said paragraph, and must therefore deny each, every, and all of the allegations contained therein.

53.  Answering paragraph 54 of the Complaint, these answering defendants lack sufficient information and belief to respond to the allegations contained in said paragraph, and must therefore deny each, every, and all of the allegations contained therein.

54.  Answering paragraph 54 of the Complaint, these answering defendants lack sufficient information and belief to respond to the allegations contained in said paragraph, and must therefore deny each, every, and all of the allegations contained therein.

55.  Answering paragraph 55 of the Complaint, these answering defendants lack sufficient information and belief to respond to the allegations contained in said paragraph, and must therefore deny each, every, and all of the allegations contained therein.

56.  Answering paragraph 56 of the Complaint, these answering defendants lack sufficient information and belief to respond to the allegations contained in said paragraph, and must therefore deny each, every, and all of the allegations contained therein.

Lewis, D'Amato
Brisbois & Bisgaard
Suite 1200
221 N. Figueroa St.
Los Angeles, CA 90012
(213) 250-1800

57.   Answering paragraph 57 of the Complaint, these answering defendants lack sufficient information and belief to respond to the allegations contained in said paragraph, and must therefore deny each, every, and all of the allegations contained therein.

58.   Answering paragraph 58 of the Complaint, these answering defendants lack sufficient information and belief to respond to the allegations contained in said paragraph, and must therefore deny each, every, and all of the allegations contained therein.

59.   Answering paragraph 59 of the Complaint, these answering defendants lack sufficient information and belief to respond to the allegations contained in said paragraph, and must therefore deny each, every, and all of the allegations contained therein.

60.   Answering paragraph 60 of the Complaint, these answering defendants lack sufficient information and belief to respond to the allegations contained in said paragraph, and must therefore deny each, every, and all of the allegations contained therein.

61.   Answering paragraph 61 of the Complaint, these answering defendants lack sufficient information and belief to respond to the allegations contained in said paragraph, and must therefore deny each, every, and all of the allegations contained therein.

62.   Answering paragraph 62 of the Complaint, these answering defendants lack sufficient information and belief to respond to the allegations contained in said paragraph, and must therefore deny each, every, and all of the allegations contained therein.

63.   Answering paragraph 63 of the Complaint, these answering defendants lack sufficient information and belief to respond to the allegations contained in said paragraph, and must therefore deny each, every, and all of the allegations contained therein.

Lewis, D'Amato
Brisbois & Bisgaard
Suite 1200
221 N. Figueroa St.
Los Angeles, CA 90012
(213) 250-1800

DATA97LA:  63448.1

64.  Answering paragraph 64 of the Complaint, these answering defendants lack sufficient information and belief to respond to the allegations contained in said paragraph, and must therefore deny each, every, and all of the allegations contained therein.

65.  Answering paragraph 65 of the Complaint, these answering defendants lack sufficient information and belief to respond to the allegations contained in said paragraph, and must therefore deny each, every, and all of the allegations contained therein.

66.  Answering paragraph 66 of the Complaint, these answering defendants lack sufficient information and belief to respond to the allegations contained in said paragraph, and must therefore deny each, every, and all of the allegations contained therein.

67.  Answering paragraph 67 of the Complaint, these answering defendants lack sufficient information and belief to respond to the allegations contained in said paragraph, and must therefore deny each, every, and all of the allegations contained therein.

68.  Answering paragraph 68 of the Complaint, these answering defendants lack sufficient information and belief to respond to the allegations contained in said paragraph, and must therefore deny each, every, and all of the allegations contained therein.

69.  Answering paragraph 69 of the Complaint, these answering defendants lack sufficient information and belief to respond to the allegations contained in said paragraph, and must therefore deny each, every, and all of the allegations contained therein.

70.  Answering paragraph 70 of the Complaint, these answering defendants lack sufficient information and belief to respond to the allegations contained in said paragraph, and must therefore deny each, every, and all of the allegations contained therein.

Lewis, D'Amato
Brisbois & Bisgaard
Suite 1200
221 N. Figueroa St.
Los Angeles, CA 90012
(213) 250-1800

DATA97LA:  63448.1                    11

71.   Answering paragraph 71 of the Complaint, these answering defendants lack sufficient information and belief to respond to the allegations contained in said paragraph, and must therefore deny each, every, and all of the allegations contained therein.

72.   Answering paragraph 72 of the Complaint, these answering defendants lack sufficient information and belief to respond to the allegations contained in said paragraph, and must therefore deny each, every, and all of the allegations contained therein.

73.   Answering paragraph 73 of the Complaint, these answering defendants lack sufficient information and belief to respond to the allegations contained in said paragraph, and must therefore deny each, every, and all of the allegations contained therein.

74.   Answering paragraph 74 of the Complaint, these answering defendants lack sufficient information and belief to respond to the allegations contained in said paragraph, and must therefore deny each, every, and all of the allegations contained therein.

75.   Answering paragraph 75 of the Complaint, these answering defendants lack sufficient information and belief to respond to the allegations contained in said paragraph, and must therefore deny each, every, and all of the allegations contained therein.

76.   Answering paragraph 76 of the Complaint, these answering defendants lack sufficient information and belief to respond to the allegations contained in said paragraph, and must therefore deny each, every, and all of the allegations contained therein.

77.   Answering paragraph 77 of the Complaint, these answering defendants lack sufficient information and belief to respond to the allegations contained in said paragraph, and must therefore deny each, every, and all of the allegations contained therein.

Lewis, D'Amato
Brisbois & Bisgaard
Suite 1200
221 N. Figueroa St.
Los Angeles, CA 90012
(213) 250-1800

DATA97LA: 63448.1                    12

78. Answering paragraph 78 of the Complaint, these answering defendants lack sufficient information and belief to respond to the allegations contained in said paragraph, and must therefore deny each, every, and all of the allegations contained therein.

79. Answering paragraph 79 of the Complaint, these answering defendants lack sufficient information and belief to respond to the allegations contained in said paragraph, and must therefore deny each, every, and all of the allegations contained therein.

80. Answering paragraph 80 of the Complaint, these answering defendants lack sufficient information and belief to respond to the allegations contained in said paragraph, and must therefore deny each, every, and all of the allegations contained therein.

81. Answering paragraph 81 of the Complaint, these answering defendants lack sufficient information and belief to respond to the allegations contained in said paragraph, and must therefore deny each, every, and all of the allegations contained therein.

82. Answering paragraph 82 of the Complaint, these answering defendants lack sufficient information and belief to respond to the allegations contained in said paragraph, and must therefore deny each, every, and all of the allegations contained therein.

83. Answering paragraph 83 of the Complaint, these answering defendants lack sufficient information and belief to respond to the allegations contained in said paragraph, and must therefore deny each, every, and all of the allegations contained therein.

84. Answering paragraph 84 of the Complaint, these answering defendants lack sufficient information and belief to respond to the allegations contained in said paragraph, and must therefore deny each, every, and all of the allegations contained therein.

Lewis, D'Amato
Brisbois & Bisgaard
Suite 1200
221 N. Figueroa St.
Los Angeles, CA 90012
(213) 250-1800

85.   Answering paragraph 85 of the Complaint, these answering defendants *lack sufficient information and belief to respond to the* allegations contained in said paragraph, and must therefore deny each, every, and all of the allegations contained therein.

86.   Answering paragraph 86 of the Complaint, these answering defendants lack sufficient information and belief to respond to the allegations contained in said paragraph, and must therefore deny each, every, and all of the allegations contained therein.

87.   Answering paragraph 87 of the Complaint, these answering defendants lack sufficient information and belief to respond to the allegations contained in said paragraph, and must therefore deny each, every, and all of the allegations contained therein.

88.   Answering paragraph 88 of the Complaint, these answering defendants lack sufficient information and belief to respond to the allegations contained in said paragraph, and must therefore deny each, every, and all of the allegations contained therein.

89.   Answering paragraph 89 of the Complaint, these answering defendants lack sufficient information and belief to respond to the allegations contained in said paragraph, and must therefore deny each, every, and all of the allegations contained therein.

90.   Answering paragraph 90 of the Complaint, these answering defendants lack sufficient information and belief to respond to the allegations contained in said paragraph, and must therefore deny each, every, and all of the allegations contained therein.

91.   Answering paragraph 92 of the Complaint, these answering defendants lack sufficient information and belief to respond to the allegations contained in said paragraph, and must therefore deny each, every, and all of the allegations contained therein.

Lewis, D'Amato
Brisbois & Bisgaard
Suite 1200
221 N. Figueroa St.
Los Angeles, CA 90012
(213) 250-1800

DATA97LA:  63448.1                              14

92.   Answering paragraph 92 of the Complaint, these answering defendants lack sufficient information and belief to respond to the allegations contained in said paragraph, and must therefore deny each, every, and all of the allegations contained therein.

93.   Answering paragraph 93 of the Complaint, these answering defendants lack sufficient information and belief to respond to the allegations contained in said paragraph, and must therefore deny each, every, and all of the allegations contained therein.

94.   Answering paragraph 94 of the Complaint, these answering defendants lack sufficient information and belief to respond to the allegations contained in said paragraph, and must therefore deny each, every, and all of the allegations contained therein.

95.   Answering paragraph 95 of the Complaint, these answering defendants lack sufficient information and belief to respond to the allegations contained in said paragraph, and must therefore deny each, every, and all of the allegations contained therein.

96.   Answering paragraph 96 of the Complaint, these answering defendants lack sufficient information and belief to respond to the allegations contained in said paragraph, and must therefore deny each, every, and all of the allegations contained therein.

97.   Answering paragraph 97 of the Complaint, these answering defendants lack sufficient information and belief to respond to the allegations contained in said paragraph, and must therefore deny each, every, and all of the allegations contained therein.

98.   Answering paragraph 98 of the Complaint, these answering defendants lack sufficient information and belief to respond to the allegations contained in said paragraph, and must therefore deny each, every, and all of the allegations contained therein.

Lewis, D'Amato
Brisbois & Bisgaard
Suite 1200
221 N. Figueroa St.
Los Angeles, CA 90012
(213) 250-1800

DATA97LA:  63448.1                    15

99.  Answering paragraph 99 of the Complaint, these answering defendants lack sufficient information and belief to respond to the allegations contained in said paragraph, and must therefore deny each, every, and all of the allegations contained therein.

100.  Answering paragraph 100 of the Complaint, these answering defendants lack sufficient information and belief to respond to the allegations contained in said paragraph, and must therefore deny each, every, and all of the allegations contained therein.

101.  Answering paragraph 101 of the Complaint, these answering defendants lack sufficient information and belief to respond to the allegations contained in said paragraph, and must therefore deny each, every, and all of the allegations contained therein.

102.  Answering paragraph 102 of the Complaint, these answering defendants lack sufficient information and belief to respond to the allegations contained in said paragraph, and must therefore deny each, every, and all of the allegations contained therein.

103.  Answering paragraph 103 of the Complaint, these answering defendants lack sufficient information and belief to respond to the allegations contained in said paragraph, and must therefore deny each, every, and all of the allegations contained therein.

104.  Answering paragraph 104 of the Complaint, these answering defendants lack sufficient information and belief to respond to the allegations contained in said paragraph, and must therefore deny each, every, and all of the allegations contained therein.

Lewis, D'Amato
Brisbois & Bisgaard
Suite 1200
221 N. Figueroa St.
Los Angeles, CA 90012
(213) 250-1800

DATA97LA:  63448.1

1    105.  Answering paragraph 105 of the Complaint, these

2  answering defendants lack sufficient information and belief to

3  respond to the allegations contained in said paragraph, and must

4  therefore deny each, every, and all of the allegations contained

5  therein.

6    106.  Answering paragraph 106 of the Complaint, these

7  answering defendants lack sufficient information and belief to

8  respond to the allegations contained in said paragraph, and must

9  therefore deny each, every, and all of the allegations contained

10  therein.

11    107.  Answering paragraph 107 of the Complaint, these

12  answering defendants lack sufficient information and belief to

13  respond to the allegations contained in said paragraph, and must

14  therefore deny each, every, and all of the allegations contained

15  therein.

16    108.  Answering paragraph 108 of the Complaint, these

17  answering defendants lack sufficient information and belief to

18  respond to the allegations contained in said paragraph, and must

19  therefore deny each, every, and all of the allegations contained

20  therein.

21    109.  Answering paragraph 109 of the Complaint, these

22  answering defendants lack sufficient information and belief to

23  respond to the allegations contained in said paragraph, and must

24  therefore deny each, every, and all of the allegations contained

25  therein.

26    110.  Answering paragraph 110 of the Complaint, these

27  answering defendants lack sufficient information and belief to

28  respond to the allegations contained in said paragraph, and must

Lewis, D'Amato
Brisbois & Bisgaard
Suite 1200
221 N. Figueroa St.
Los Angeles, CA 90012
(213) 250-1800

1 therefore deny each, every, and all of the allegations contained

2 therein.

3     111.   Answering paragraph 111 of the Complaint, these

4 answering defendants lack sufficient information and belief to

5 respond to the allegations contained in said paragraph, and must

6 therefore deny each, every, and all of the allegations contained

7 therein.

8     112.   Answering paragraph 112 of the Complaint, these

9 answering defendants lack sufficient information and belief to

10 respond to the allegations contained in said paragraph, and must

11 therefore deny each, every, and all of the allegations contained

12 therein.

13     113.   Answering paragraph 113 of the Complaint, these

14 answering defendants lack sufficient information and belief to

15 respond to the allegations contained in said paragraph, and must

16 therefore deny each, every, and all of the allegations contained

17 therein.

18     114.   Answering paragraph 114 of the Complaint, these

19 answering defendants lack sufficient information and belief to

20 respond to the allegations contained in said paragraph, and must

21 therefore deny each, every, and all of the allegations contained

22 therein.

23     115.   Answering paragraph 115 of the Complaint, these

24 answering defendants lack sufficient information and belief to

25 respond to the allegations contained in said paragraph, and must

26 therefore deny each, every, and all of the allegations contained

27 therein.

28     116.   Answering paragraph 116 of the Complaint, these

Lewis, D'Amato
Brisbois & Bisgaard
Suite 1200
221 N. Figueroa St.
Los Angeles, CA 90012
(213) 250-1800

DATA97LA: 63448.1

1   answering defendants lack sufficient information and belief to

2   respond to the allegations contained in said paragraph, and must

3   therefore deny each, every, and all of the allegations contained

4   therein.

5        117.   Answering paragraph 117 of the Complaint, these

6   answering defendants lack sufficient information and belief to

7   respond to the allegations contained in said paragraph, and must

8   therefore deny each, every, and all of the allegations contained

9   therein.

10       118.   Answering paragraph 118 of the Complaint, these

11  answering defendants lack sufficient information and belief to

12  respond to the allegations contained in said paragraph, and must

13  therefore deny each, every, and all of the allegations contained

14  therein.

15       119.   Answering paragraph 119 of the Complaint, these

16  answering defendants lack sufficient information and belief to

17  respond to the allegations contained in said paragraph, and must

18  therefore deny each, every, and all of the allegations contained

19  therein.

20       120.   Answering paragraph 120 of the Complaint, these

21  answering defendants lack sufficient information and belief to

22  respond to the allegations contained in said paragraph, and must

23  therefore deny each, every, and all of the allegations contained

24  therein.

25       121.   Answering paragraph 121 of the Complaint, these

26  answering defendants lack sufficient information and belief to

27  respond to the allegations contained in said paragraph, and must

28  therefore deny each, every, and all of the allegations contained therein.

Lewis, D'Amato
Brisbois & Bisgaard
Suite 1200
221 N. Figueroa St.
Los Angeles, CA 90012
(213) 250-1800

DATA97LA:  63448.1                    19

122.   Answering paragraph 122 of the Complaint, these answering defendants lack sufficient information and belief to respond to the allegations contained in said paragraph, and must therefore deny each, every, and all of the allegations contained therein.

123.   Answering paragraph 123 of the Complaint, these answering defendants lack sufficient information and belief to respond to the allegations contained in said paragraph, and must therefore deny each, every, and all of the allegations contained therein.

124.   Answering paragraph 124 of the Complaint, these answering defendants lack sufficient information and belief to respond to the allegations contained in said paragraph, and must therefore deny each, every, and all of the allegations contained therein.

125.   Answering paragraph 125 of the Complaint, these answering defendants lack sufficient information and belief to respond to the allegations contained in said paragraph, and must therefore deny each, every, and all of the allegations contained therein.

126.   Answering paragraph 126 of the Complaint, these answering defendants lack sufficient information and belief to respond to the allegations contained in said paragraph, and must therefore deny each, every, and all of the allegations contained therein.

127.   Answering paragraph 127 of the Complaint, these answering defendants lack sufficient information and belief to respond to the allegations as to all defendants and must therefore

Lewis, D'Amato
Brisbois & Bisgaard
Suite 1200
221 N. Figueroa St.
Los Angeles, CA 90012
(213) 250-1800

DATA97LA:  63448.1                    20

1   deny each, every, and all of the allegations of the paragraph.

2       128.   Answering paragraph 128 of the Complaint, these

3   answering defendants lack sufficient information and belief to

4   respond to the allegations contained in said paragraph, and must

5   therefore deny each, every, and all of the allegations contained

6   therein.

7       129.   Answering paragraph 129 of the Complaint, these

8   answering defendants lack sufficient information and belief to

9   respond to the allegations contained in said paragraph, and must

10   therefore deny each, every, and all of the allegations contained

11   therein.

12       130.   Answering paragraph 130 of the Complaint, these

13   answering defendants lack sufficient information and belief to

14   respond to the allegations contained in said paragraph, and must

15   therefore deny each, every, and all of the allegations contained

16   therein.

17

18                **FIRST CAUSE OF ACTION**

19       131.   Answering paragraph 131 of the Complaint, these

20   answering defendants hereby incorporate by reference all of the

21   responses to paragraphs 1 through 130 of the Complaint as though

22   fully set forth at length herein.

23       132.   Answering paragraph 132 of the Complaint, these

24   answering defendants lack sufficient information and belief as to

25   all defendants to respond to the allegations of said paragraph, and

26   must therefore deny each, every, and all of the allegations

27   contained therein.

28       133.   Answering paragraph 133 of the Complaint, these

Lewis, D'Amato
Brisbois & Bisgaard
Suite 1200
221 N. Figueroa St.
Los Angeles, CA 90012
(213) 250-1800

DATA97LA: 63448.1          21

1    answering defendants lack sufficient information and belief to

2    respond to the allegations as to all defendants and must therefore

3    deny each, every, and all of the allegations of the paragraph.

## SECOND CAUSE OF ACTION

6        134.   Answering paragraph 134 of the Complaint, these

7    answering defendants hereby incorporate by reference all of the

8    responses to paragraphs 1 through 133 of the Complaint as though

9    fully set forth at length herein.

10       135.   Answering paragraph 135 of the Complaint, these

11   answering defendants lack sufficient information and belief as to

12   all defendants to respond to the allegations of said paragraph, and

13   must therefore deny each, every, and all of the allegations

14   contained therein.

15       136.   Answering paragraph 136 of the Complaint, these

16   answering defendants lack sufficient information and belief to

17   respond to the allegations contained in said paragraph, and must

18   therefore deny each, every, and all of the allegations contained

19   therein.

20       137.   Answering paragraph 137 of the Complaint, these

21   answering defendants lack sufficient information and belief to

22   respond to the allegations contained in said paragraph, and must

23   therefore deny each, every, and all of the allegations contained

24   therein.

25       138.   Answering paragraph 138 of the Complaint, these

26   answering defendants lack sufficient information and belief to

27   respond to the allegations contained in said paragraph, and must

28   therefore deny each, every, and all of the allegations contained

Lewis, D'Amato
Brisbois & Bisgaard
Suite 1200
221 N. Figueroa St.
Los Angeles, CA 90012
(213) 250-1800

DATA97LA:  63448.1

therein.

139.    Answering paragraph 139 of the Complaint, these answering defendants lack sufficient information and belief to respond to the allegations of said paragraph, and must therefore deny each, every, and all of the allegations contained therein.

140.    Answering paragraph 140 of the Complaint, these answering defendants lack sufficient information and belief to respond to the allegations of said paragraph, and must therefore deny each, every, and all of the allegations contained therein.

141.    Answering paragraph 141 of the Complaint, these answering defendants lack sufficient information and belief to respond to the allegations of said paragraph, and must therefore deny each, every, and all of the allegations contained therein.

142.    Answering paragraph 142 of the Complaint, these answering defendants lack sufficient information and belief to respond to the allegations of said paragraph, and must therefore deny each, every, and all of the allegations contained therein.

143.    Answering paragraph 143 of the Complaint, these answering defendants lack sufficient information and belief to respond to the allegations of said paragraph, and must therefore deny each, every, and all of the allegations contained therein.

144.    Answering paragraph 144 of the Complaint, these answering defendants lack sufficient information and belief to respond to the allegations of said paragraph, and must therefore deny each, every, and all of the allegations contained therein.

145.    Answering paragraph 145 of the Complaint, these answering defendants lack sufficient information and belief to respond to the allegations of said paragraph, and must therefore

Lewis, D'Amato
Brisbois & Bisgaard
Suite 1200
221 N. Figueroa St.
Los Angeles, CA 90012
(213) 250-1800

DATA97LA: 63448.1                                   23

deny each, every, and all of the allegations contained therein.

### THIRD CAUSE OF ACTION

146.   Answering paragraph 146 of the Complaint, these answering defendants hereby incorporate by reference all of the responses to paragraphs 1 through 145 of the Complaint as though fully set forth at length herein.

147.   Answering paragraph 147 of the Complaint, these answering defendants deny each, every, and all of the allegations contained therein.

148.   Answering paragraph 148 of the Complaint, these answering defendants deny each, every, and all of the allegations contained therein.

149.   Answering paragraph 149 of the Complaint, these answering defendants lack sufficient information and belief to respond to the allegations of said paragraph, and must therefore deny each, every, and all of the allegations contained therein.

150.   Answering paragraph 150 of the Complaint, these answering defendants hereby lacks sufficient information or belief to respond to the allegations of said paragraph and must therefore deny each, every, and all of the allegations contained therein.

151.   Answering paragraph 151 of the Complaint, these answering defendants lack sufficient information and belief to respond to the allegations of said paragraph and must deny each, every, and all of the allegations contained therein.

### FOURTH CAUSE OF ACTION

152.   Answering paragraph 152 of the Complaint, these

Lewis, D'Amato
Brisbois & Bisgaard
Suite 1200
221 N. Figueroa St.
Los Angeles, CA 90012
(213) 250-1800

DATA97LA:  63448.1

24

1    answering defendants hereby incorporate by reference all of the

2    prior responses to paragraphs 1 through 151 of the Complaint as

3    though fully set forth at length herein.

4        153.  Answering paragraph 153 of the Complaint, these

5    answering defendants lack sufficient information and belief to

6    respond to the allegations of said paragraph, and must therefore

7    deny each, every, and all of the allegations contained therein.

8        154.  Answering paragraph 154 of the Complaint, these

9    answering defendants lack sufficient information and belief to

10   respond to the allegations of said paragraph, and must therefore

11   deny each, every, and all of the allegations contained therein.

12       155.  Answering paragraph 155 of the Complaint, these

13   answering defendants lack sufficient information and belief to

14   respond to the allegations of said paragraph, and must therefore

15   deny each, every, and all of the allegations contained therein.

16

17                    **FIFTH CAUSE OF ACTION**

18       156.  Answering paragraph 156 of the Complaint, these

19   answering defendants hereby incorporate by reference prior

20   responses to paragraphs 1 through 155 of the Complaint as though

21   fully set forth at length herein.

22       157.  Answering paragraph 157 of the Complaint, these

23   answering defendants deny each, every, and all of the allegations

24   contained therein.

25       158.  Answering paragraph 158 of the Complaint, these

26   answering defendants deny each, every, and all of the allegations

27   contained therein.

28

Lewis, D'Amato
Brisbois & Bisgaard
Suite 1200
221 N. Figueroa St.
Los Angeles, CA 90012
(213) 250-1800

DATA97LA: 63448.1                    25

## SIXTH CAUSE OF ACTION

159.  Answering paragraph 159 of the Complaint, these answering defendants hereby incorporate by reference prior responses to paragraphs 1 through 158 to set forth above as though fully set forth at length herein.

160.  Answering paragraph 160 of the Complaint, these answering defendants lack sufficient information and belief to respond to the allegations of said paragraph, and must therefore deny each, every, and all of the allegations contained therein.

161.  Answering paragraph 161 of the Complaint, these answering defendants lack sufficient information and belief to respond to the allegations of said paragraph, and must therefore deny each, every, and all of the allegations contained therein.

## SEVENTH CAUSE OF ACTION

162.  Answering paragraph 162 of the Complaint, these answering defendants hereby incorporate by reference prior responses to paragraphs 1 through 161 of the Complaint as though fully set forth at length herein.

163.  Answering paragraph 163 of the Complaint, these answering defendants deny each, every, and all of the allegations contained therein.

## EIGHTH CAUSE OF ACTION

164.  Answering paragraph 164 of the Complaint, these answering defendants hereby incorporate by reference the prior responses to paragraphs 1 through 163 of the Complaint as though fully set forth at length herein.

Lewis, D'Amato
Brisbois & Bisgaard
Suite 1200
221 N. Figueroa St.
Los Angeles, CA 90012
(213) 250-1800

DATA97LA:  63448.1

165.   Answering paragraph 165 of the Complaint, these answering defendants lack sufficient information and belief to respond to the allegations contained therein, and must therefore deny each, every, and all of the allegations of said paragraph.

166.   Answering paragraph 166 of the Complaint, these answering defendants lack sufficient information and belief to respond to the allegations contained therein, and must therefore deny each, every, and all of the allegations of said paragraph.

### NINTH CAUSE OF ACTION

167.   Answering paragraph 167 of the Complaint, these answering defendants hereby incorporate by reference prior responses to paragraphs 1 through 166 of the Complaint as though fully set forth at length herein.

168.   Answering paragraph 168 of the Complaint, these answering defendants lack sufficient information and belief to respond on behalf of all defendants and must therefore deny each, every, and all of the allegations contained therein.

169.   Answering paragraph 169 of the Complaint, these answering defendants lack sufficient information and belief to respond on behalf of all defendants and must therefore deny each, every, and all of the allegations contained therein.

### TENTH CAUSE OF ACTION

170.   Answering paragraph 170 of the Complaint, these answering defendants hereby incorporate by reference prior responses to the allegations contained in paragraphs 1 through 169 of the Complaint as though fully set forth at length herein.

Lewis, D'Amato
Brisbois & Bisgaard
Suite 1200
221 N. Figueroa St.
Los Angeles, CA 90012
(213) 250-1800

DATA97LA: 63448.1                    27

171.   Answering paragraph 171 of the Complaint, these answering defendants lack sufficient information and belief to respond to the allegations of the Complaint, and must therefore deny each, every, and all of the allegations contained therein.

172.   Answering paragraph 172 of the Complaint, these answering defendants lack sufficient information and belief to respond to the allegations of the Complaint, and must therefore deny each, every, and all of the allegations contained therein.

173.   Answering paragraph 173 of the Complaint, these answering defendants lack sufficient information and belief to respond on behalf of all defendants the allegations contained in said paragraph, and must therefore deny each, every, and all of the allegations contained therein.

### ELEVENTH CAUSE OF ACTION

174.   Answering paragraph 174 of the Complaint, these answering defendants hereby incorporate by reference the prior responses to the allegations of paragraphs 1 through 173 of the Complaint as though fully set forth at length herein.

175.   Answering paragraph 175 of the Complaint, these answering defendants lack sufficient information and belief to respond to the allegations of the paragraph and must therefore deny each, every, and all of the allegations contained therein.

176.   Answering paragraph 176 of the Complaint, these answering defendants lack sufficient information and belief to respond to the allegations of the paragraph and must therefore deny each, every, and all of the allegations contained therein.

177.   Answering paragraph 177 of the Complaint, these

Lewis, D'Amato
Brisbois & Bisgaard
Suite 1200
221 N. Figueroa St.
Los Angeles, CA 90012
(213) 250-1800

DATA97LA: 63448.1

28

1  answering defendants lack sufficient information and belief to

2  respond on behalf of all defendants the allegations contained in

3  said paragraph, and must therefore deny each, every, and all of the

4  allegations contained therein.

5      178.  Answering paragraph 178 of the Complaint, these

6  answering defendants lack sufficient information and belief to

7  respond on behalf of all defendants the allegations contained in

8  said paragraph, and must therefore deny each, every, and all of the

9  allegations contained therein.

10      179.  Answering paragraph 179 of the Complaint, these

11  answering defendants lack sufficient information and belief to

12  respond on behalf of all defendants the allegations contained in

13  said paragraph, and must therefore deny each, every, and all of the

14  allegations contained therein.

15      180.  Answering paragraph 180 of the Complaint, these

16  answering defendants lack sufficient information and belief to

17  respond to the allegations contained in said paragraph, and must

18  therefore deny each, every, and all of the allegations contained

19  therein.

20      181.  Answering paragraph 181 of the Complaint, these

21  answering defendants lack sufficient information and belief to

22  respond to the allegations contained in said paragraph, and must

23  therefore deny each, every, and all of the allegations contained

24  therein.

25      182.  Answering paragraph 182 of the Complaint, these

26  answering defendants lack sufficient information and belief to

27  respond to the allegations contained in said paragraph, and must

28  therefore deny each, every, and all of the allegations contained

Lewis, D'Amato
Brisbois & Bisgaard
Suite 1200
221 N. Figueroa St.
Los Angeles, CA 90012
(213) 250-1800

therein.

### FIRST AFFIRMATIVE DEFENSE

### (Failure to State a Cause of Action)

183.   The Second Amended Complaint, and each and every purported cause of action contained therein, fails to allege facts sufficient to state a cause of action against these answering defendants.

### SECOND AFFIRMATIVE DEFENSE

### (Statute of Limitations)

184.   The Complaint, and each and every purported cause of action asserted therein, is barred by the applicable statute of limitations, including but not limited to, Code of Civil Procedure § 337, 338, 339, 340, and applicable Federal Securities Laws.

### THIRD AFFIRMATIVE DEFENSE

### (Estoppel)

185.   Plaintiffs are estopped from asserting the allegations contained in the Complaint, and in each and every alleged cause of action contained therein, by reason of the acts, omissions, representations, and courses of conduct of Plaintiffs and/or Plaintiffs' agents, upon which Defendants relied to their prejudice and detriment.

### FOURTH AFFIRMATIVE DEFENSE

### (Waiver)

186.   Plaintiffs and/or Plaintiffs' agents have expressly and

Lewis, D'Amato
Brisbois & Bisgaard
Suite 1200
221 N. Figueroa St.
Los Angeles, CA 90012
(213) 250-1800

DATA97LA:  63448.1

impliedly waived all claims arising from the allegations of the Complaint.

### FIFTH AFFIRMATIVE DEFENSE

#### (Intervening and Superseding Causation)

187.  The damages referred to in the Complaint, were proximately caused or contributed to by the negligence of persons and/or entities other than these Defendants, and the aforesaid negligence or wrongful acts of persons and/or entities other than these Defendants constituted an intervening and superseding cause of the damages alleged in the Complaint.

### SIXTH AFFIRMATIVE DEFENSE

#### (Contributory/Comparative Negligence)

188.  That the injuries, damages, and losses referred to in said Complaint were proximately caused and contributed to by negligent acts or omissions on the part of the plaintiffs and/or their agents herein which contributed to the damages alleged in this Complaint.  Accordingly, Plaintiffs' alleged damages, if any, should be reduced by an appropriate percentage.

### SEVENTH AFFIRMATIVE DEFENSE

#### (Laches)

189. Plaintiffs have lost any right to relief against these answering Defendants through laches, which has resulted in substantial prejudice to Defendants.

Lewis, D'Amato
Brisbois & Bisgaard
Suite 1200
221 N. Figueroa St.
Los Angeles, CA 90012
(213) 250-1800

DATA97LA:  63448.1

31

1

## EIGHTH AFFIRMATIVE DEFENSE

2

### (Assumption of Risk)

3        190.   That any damages, injuries or losses sustained by

4    complainants were caused by risks of which they were well aware and

5    understood and voluntarily assumed upon themselves.

6

7

## NINTH AFFIRMATIVE DEFENSE

8

### (Misconduct of Others)

9        191.   That the damages alleged in the Complaint, if any, were

10   proximately caused by the acts and/or omissions of persons,

11   entities, other than these answering defendants and over which

12   these defendants had no control.

13

14

## TENTH AFFIRMATIVE DEFENSE

15

### (Not Recoverable Damages)

16       192. Said Complaint seeks damages not properly recoverable

17   from this defendants.

18

19

## ELEVENTH AFFIRMATIVE DEFENSE

20

### (Improper Forum)

21       193. That this Court is an improper forum for the resolution

22   of the claims alleged by Plaintiffs herein.

23       WHEREFORE, Defendants pray for judgment against Plaintiffs as

24   follows:

25       1.   That Plaintiffs take nothing by reason of their Complaint;

26   and

27

28

Lewis, D'Amato
Brisbois & Bisgaard
Suite 1200
221 N. Figueroa St.
Los Angeles, CA 90012
(213) 250-1800

DATA97LA: 63448.1

2.  For costs of suit herein; and,

3.  For such other and further relief as this Court may deem just and proper.

DATED: July **30** , 1997

       LEWIS, D'AMATO, BRISBOIS & BISGAARD, LLP

BY: _____
       JOSEPH C. CAMPO
       Attorneys for Defendants
       Joseph A. Clair III and
       Center City Planning

Lewis, D'Amato
Brisbois & Bisgaard
Suite 1200
221 N. Figueroa St.
Los Angeles, CA 90012
(213) 250-1800

DATA97LA: 63448.1

33

1

## DEMAND FOR JURY

2

3      These answering Defendants herewith make demand for a jury

4   trial in the above-entitled matter.

5

6

7   DATED: July __30__, 1997

8

9

10   BY: _____
11        JOSEPH C. CAMPO
         LEWIS, D'AMATO, BRISBOIS & BISGAARD, LLP
12       Attorneys for Defendants
         Joseph A. Clair III and
13       Center City Planning

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Lewis, D'Amato
Brisbois & Bisgaard
Suite 1200
221 N. Figueroa St.
Los Angeles, CA 90012
(213) 250-1800

DATA97LA: 63448.1                                      34

**PROOF OF SERVICE**

Case Name:      CLARK V. ANDOVER ET AL

STATE OF CALIFORNIA          )
                            ) ss.
COUNTY OF LOS ANGELES    )

     I am employed in the County of Los Angeles, State of California.  I am over the age of eighteen (18) years and not a party to the within action; my business address is:  221 North Figueroa Street, Suite 1200, Los Angeles, California 90012-2601.

     On July 30, 1997, I served the following described as: ANSWER TO SECOND AMENDED COMPLAINT on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Timothy C. Karen, Esq.
Mary A. Smigielski, Esq.
LAW OFFICES OF TIMOTHY C. KAREN
12702 Via Cortina, Suite 100
Del Mar, CA 92014

[x]  **(BY MAIL)**  I am "readily familiar" with the firm's practice of collection and processing correspondence by mailing.  Under that practice it would be deposited with U.S. postal service on that same day with postage fully prepaid at Los Angeles, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]  **(BY TELECOPY)** BY STIPULATION I caused such document to be delivered by telecopy transmission to the offices of the addressee.

[ ]  **(BY PERSONAL DELIVERY)** I caused such envelope to be delivered by hand to the offices of the addressee.

[ ]  **(BY FEDERAL EXPRESS)** I caused such envelope to be delivered by Federal Express to the offices of the addressee.

[X]  **(STATE)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on July 30, 1997, at Los Angeles, California.

DEBORA TOWNES

Lewis, D'Amato
Brisbois & Bisgaard
Suite 1200
221 N. Figueroa St.
Los Angeles, CA 90012
(213) 250-1800

DATA97LA:  63448.1