USDC SCAN INDEX SHEET

















SLD    12/31/98    14:43

3:96-CV-01023   BRADLEY V. HOFFENBERG

*255*

*DECL.*

Timothy C. Karen SBN: 117071
Law Offices of Timothy C. Karen
12702 Via Cortina, Suite 100
Del Mar, California 92014

Attorneys for Plaintiffs



FILED

98 DEC 29 PM 4:21

S. Denson
DEPUTY

ORIGINAL

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| PAUL F. CLARK, SR., et al., | Case No. 96-1023-JM (JFS) |
| Plaintiffs, | DECLARATION OF TIMOTHY C. KAREN IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT |
| v. | |
| ANDOVER SECURITIES, INC., et al. | |
| Defendants. | |

I, Timothy C. Karen, declare as follows:

1.    That I am an attorney duly licensed to practice law in the State of California and admitted to this Court.

2.    Plaintiffs have requested that default be entered against the Defendants listed below. These Defendants were timely served with the summons on the Second Amended Complaint and the Second Amended Complaint in this matter but have not filed a responsive pleading. Attached hereto as Exhibits "1" through "6" are copies of the proofs of service that have been filed for Defendants Jeffery A. Egan, Steven Enright, Enright Financial, R.G. Dickinson & Company, Wayne Morrison, and JINCO Leasing Corp., all of whom were served directly with the Second Amended Complaint. Defendant's Milton E. Metzler & M.E. Mezler Organization, Inc. and Robert H. Bucher were served with the MOTION FOR LEAVE TO FILE PROPOSED SECOND AMENDED COMPLAINT. Attached hereto as Exhibit "7" is a copy of the DECLARATION OF SERVICE OF MOTION FOR LEAVE TO FILE PROPOSED



SECOND AMENDED COMPLAINT. In the ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT ["ORDER"], Judge Napoleon A. Jones, Jr. ordered the Second Amended Complaint deemed filed and served upon the parties who have appeared in the action as of April 4, 1997, the file-stamped date of the order. A copy of the ORDER is hereto attached as Exhibit "8." Thus, the following Defendants were timely served on the dates set forth below and have not yet filed a responsive pleading:

| DEFENDANT | DATE SERVED |
|---|---|
| Jeffery A. Egan | April 29, 1997 |
| Steven Enright | November 17, 1998 |
| Enright Financial | November 17, 1998 |
| R.G. Dickinson & Company | November 22, 1998 |
| Wayne Morrison | March 26, 1998 |
| JINCO Leasing Corporation | March 26, 1998 |
| Milton E. Metzler & M.E. Metzler Organization, Inc. | April 4, 1997 |
| Robert H. Bucher | April 4, 1997 |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on ___12|29|98___ in the County of San Diego, State of California.

By: _____
Timothy C. Karen

-2-


Printed on Recycled Paper
20% Post Consumer Waste

Timothy C. Karen, Esq., SBN 117071
Mary Smigielski, Esq., SBN 167829
LAW OFFICES OF TIMOTHY C. KAREN
12702 Via Cortina, Suite 100
Del Mar, California  92014
(619) 259-7790

Attorneys for Plaintiffs

FILED

MAY  5 1997

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| WILLIAM D. and EDITH L. BRADLEY, et al.,<br><br>                    Plaintiffs,<br><br>v.<br><br>STEVEN HOFFENBERG A/K/A BARRY COHEN, et al.,<br><br>                    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 96-1023-J (JFS)<br><br>PROOF OF SERVICE OF DEFENDANT JEFFREY A. EGAN<br><br>Date Served: April 29, 1997 |

Attached hereto is the proof of service for Defendant JEFFREY A. EGAN who was served by process server Dianne Carolan on April 29, 1997.

Dated:  5- 14 97                    By: _____
                                        Mary A. Smigielski, Attorney
                                        for Plaintiffs

LAW OFFICES OF TIMOTHY C. KAREN
VILLA CORTINA, SUITE 100
12702 VIA CORTINA
DEL MAR, CALIFORNIA 92014
TELEPHONE (619) 259-7790
FACSIMILE (619) 259-6817

COPY

- 1 -

# STATE OF CALIFORNIA
## U.S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA

Re:  **Bradley, et al. v Andover Securities, et al.**
U.S. District Court, Southern District of California
Case No. 96-1023-J (JFS)

Law Offices of:
Timothy C. Karen
12702 Via Cortina, Suite 100
Del Mar, California 92014
(619) 259-7790

## PROOF OF SERVICE

Dianne Carolan, first being duly sworn, deposes and states that on the 29th day of April, 1997, she did personally serve the following items; Summons on Second amended complaint; Second Amended Complaint; Order Granting Plaintiffs Motion for Leave to File Second Amended Complaint; Notice and Order for Continued Neutral Evaluation Conference upon Jeffrey A. Egan located at 6181 Eastmoor, Bloomfield Hills, Michigan 48301.

## I DECLARE THAT THE ABOVE STATEMENTS ARE TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF

_Dianne Carolan_
Dianne Carolan, Process Server

Notary: _Jane Bramlett_

Expiration:

JANE BRAMLETT, NOTARY PUBLIC
OAKLAND COUNTY, MICHIGAN
MY COMMISSION EXPIRES 12-11-01





Printed on Recycled Paper
20% Post Consumer Waste

1 | Timothy C. Karen SBN: 117071
Law Offices of Timothy C. Karen
2 | 12702 Via Cortina, Suite 100
Del Mar, California  92014
3 |
Attorneys for Plaintiffs
4 |

**FILED**

98 DEC -1 PM 4:45

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:                              DEPUTY

7                    UNITED STATES DISTRICT COURT

8              FOR THE SOUTHERN DISTRICT OF CALIFORNIA

9 |                                  )   Case No. 96-1023- JM (JFS)
10 | PAUL F. CLARK, SR., et al.,      )
                                      )   PROOF OF SERVICE OF
11 |            Plaintiffs,           )   DEFENDANT STEVEN ENRIGHT
    | v.                             )
12 |                                  )
    | ANDOVER SECURITIES, INC., et al.)   Date Served: November 17, 1998
13 |            Defendants.           )
14 |                                  )
15 |                                  )
                                      )
16 |                                  )
17 |  _____ )

18        Attached hereto is the affidavit of service for Defendant STEVEN ENRIGHT

19 | who was served by process server Gregory Mazarella on November 17, 1998.

20

21 | Dated: December 1, 1998          By: _____
                                              Hillary Rohen
22

23

24

25

26

27

28

## AFFIDAVIT OF SERVICE

TYPE OF PROCESS: _____ Summons and Complaint

SERVED: Steven Enright                    TELEPHONE: _____

ADDRESS: 243 River Drive, Riverdale, NJ -7675

ATTORNEY: Law Offices of Timothy C. Karen, Mary Smigielski, Esq.

COURT: U.S. District Court, Southern District of California

DOCKET #: 96-1023-J (JFS)

Paul F. Clark, et al.                    vs.    Andover Securities, et al.
PLAINTIFF(s)                                    DEFENDANT(s)

Received this process on the __14th__ day of __November__, 1998, and served the

same on the within named __Defendant__ at __8:23 P__ .M., on the

__17th__ day of __November__, 1998, in __Morris__ County,

located in the State of __New Jersey__.

SERVICE WAS EXECUTED IN THE FOLLOWING MANNER:

_____ INDIVIDUAL SERVICE: By delivering to the within named person a true copy of this process along with a copy of the complaint, petition or other initial pleading or paper as indicated above.

___xx___ SUBSTITUTE SERVICE: By leaving a true copy of this process along with a copy of the complaint, petition, or other initial pleading or paper as indicated above, at the within named person's usual place of abode, business with __Mrs. S. Enright__ _____ being a person residing at the said address, fourteen years of age or older, and informing such person of their contents.

_____ CORPORATION SERVICE: By delivering a true copy of this process with the date and hour of service endorsed thereon by me and a copy of the complaint, petition or other initial pleading or paper as indicated above to,: _____
a _____ of _____, a Corporation.

_____ NON-SERVICE: By returning the same this _____ day of _____, 1998, for the reason that after diligent search and inquiry the above named could not be located in _____ County, State of _____, for the following reason: _____

## DESCRIPTION

AGE: 36        RACE: White        HGT: 5'6"        WGT: 125        HAIR: L. Br.

I CERTIFY THAT I AM OVER THE AGE OF 18, NOT A PARTY IN THE ABOVE TITLED ACTION, AND AM LEGALLY PERMITTED TO SERVE PROCESS IN THE JUDICIAL CIRCUIT IN WHICH THE PROCESS WAS SERVED.

SWORN AND SUBSCRIBED BEFORE ME THIS
__18__ DAY OF __NOV__, 1998.

_____
NOTARY PUBLIC
          HOWARD APPEL
    NOTARY PUBLIC OF NEW JERSEY

1  Timothy C. Karen SBN: 117071
   Law Offices of Timothy C. Karen
2  12702 Via Cortina, Suite 100
   Del Mar, California 92014
3
   Attorneys for Plaintiffs
4

**FILED**

98 DEC -1 PM 4: 46

CLERK. U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:                    DEPUTY

5

6

7              UNITED STATES DISTRICT COURT

8         FOR THE SOUTHERN DISTRICT OF CALIFORNIA

9

10  PAUL F. CLARK, SR., et al.,          ) Case No. 96-1023- JM (JFS)
                                         )
11              Plaintiffs,              ) PROOF OF SERVICE OF
                                         ) DEFENDANT STEVEN ENRIGHT
    v.                                   )
12                                       )
    ANDOVER SECURITIES, INC., et al.     ) Date Served: November 17, 1998
13              Defendants.              )
                                         )
14                                       )
                                         )
15                                       )
                                         )
16                                       )
                                         )
17  _____  )

18         Attached hereto is the affidavit of service for Defendant STEVEN ENRIGHT

19  who was served by process server Gregory Mazarella on November 17, 1998.

20

21  Dated: December 1, 1998          By: _____
                                           Hillary Rohen
22

23

24

25

26

27

28

## AFFIDAVIT OF SERVICE

**TYPE OF PROCESS:** Summons and Complaint

**SERVED:** Steven Enright

**TELEPHONE:**

**ADDRESS:** 243 River Drive, Riverdale, NJ -7675

**ATTORNEY:** Law Offices of Timothy C. Karen, Mary Smigielski, Esq.

**COURT:** U.S. District Court, Southern District of California

**DOCKET #:** 96-1023-J (JFS)

Paul F. Clark, et al.                vs.    Andover Securities, et al.
_____PLAINTIFF(s)_____                            _____DEFENDANT(s)_____

Received this process on the __14th__ day of __November__, 1998, and served the

same on the within named __Defendant__ at __8:23 P__ .M., on the

__17th__ day of __November__, 1998, in __Morris__ County,

located in the State of __New Jersey__.

SERVICE WAS EXECUTED IN THE FOLLOWING MANNER:

_____ INDIVIDUAL SERVICE: By delivering to the within named person a true copy of this process along with a copy of the complaint, petition or other initial pleading or paper as indicated above.

__xx__ SUBSTITUTE SERVICE: By leaving a true copy of this process along with a copy of the complaint, petition, or other initial pleading or paper as indicated above, at the within named person's usual place of abode, business with __Mrs. S. Enright__ _____ being a person residing at the said address, fourteen years of age or older, and informing such person of their contents.

_____ CORPORATION SERVICE: By delivering a true copy of this process with the date and hour of service endorsed thereon by me and a copy of the complaint, petition or other initial pleading or paper as indicated above to,:_____ a _____ of _____, a Corporation.

_____ NON-SERVICE: By returning the same this _____ day of _____, 1998, for the reason that after diligent search and inquiry the above named could not be located in _____ County, State of _____, for the following reason:_____

_____

### DESCRIPTION

**AGE:** 36        **RACE:** White    **HGT:** 5'6"    **WGT:** 125        **HAIR:** L. Br.

I CERTIFY THAT I AM OVER THE AGE OF 18, NOT A PARTY IN THE ABOVE TITLED ACTION, AND AM LEGALLY PERMITTED TO SERVE PROCESS IN THE JUDICIAL CIRCUIT IN WHICH THE PROCESS WAS SERVED.

SWORN AND SUBSCRIBED BEFORE ME THIS
_____ DAY OF __Nov__, 1998.

_____
NOTARY PUBLIC

HOWARD APPEL
NOTARY PUBLIC OF NEW JERSEY

1  Timothy C. Karen SBN: 117071
   Law Offices of Timothy C. Karen
2  12702 Via Cortina, Suite 100
   Del Mar, California  92014
3
   Attorneys for Plaintiffs
4

**FILED**

**98 NOV 25  PM 4: 38**

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

5                                                          BY:                    DEPUTY

6

7                  UNITED STATES DISTRICT COURT

8              FOR THE SOUTHERN DISTRICT OF CALIFORNIA

9
                                          )  Case No. 96-1023- JM (JFS)
10  PAUL F. CLARK, SR., et al.,           )
                                          )  DECLARATION OF SERVICE OF
11              Plaintiffs,               )  DEFENDANT R.G. DICKINSON &
    v.                                    )  COMPANY, AN IOWA
12                                        )  CORPORATION
    ANDOVER SECURITIES, INC., et al.      )
13         Defendants.                    )
                                          )
14                                        )  Date Served: November 22, 1998
                                          )
15                                        )
                                          )
16                                        )
                                          )
17  _____ )

18  I, the undersigned, declare as follows:

19         1.     I am over the age of eighteen years and not a party to this action.

20         2.     I served the above-named person with the Summons and Second Amended

21  Complaint in this action by mailing the copies to the person served addressed as

22  follows by first-class mail, postage prepaid on November 12, 1998 from San Diego,

23  California to an address outside California with return receipt requested:

24              R.G. DICKINSON & COMPANY
                c/o Fred Dietrich, Agent For Service Of Process
25              405 6th Ave., Suite 200
                Des Moines, IA 50309
26
27         3.     Such service is authorized pursuant to Federal Rule of Civil Procedure

28  4(e)(1) which allows for service pursuant to the law of the state in which the district

    court is located.  Pursuant to California CCP § 415.40, service is authorized on persons

1    outside the state by certified mail with return receipt requested and service is effective

2    ten days after mailing.

3        4.    The original return receipt is attached hereto and incorporated herein by

4    reference.

5        5.    My business address is Law Offices of Timothy C. Karen, 12702 Via

6    Cortina, Suite 100, Del Mar, CA 92014, (619) 259-7790.

7        I declare under penalty of perjury under the laws of the State of California that

8    the foregoing is true and correct.

9        Executed in the County of San Diego, State of California on November 25, 1998.

10

11    By: _____

12        Hillary Ronen

13

14

15

16

SENDER:
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery
Consult postmaster for fee.

3. Article Addressed to:
R.G. DICKINSON & Co.
C/O FRED DIETRICH, AGENT FOR SERVICE OF PROCESS
405 6th Ave., Ste. 200
DES MOINES, IA 50309

4a. Article Number
413 899627

4b. Service Type
☐ Registered        ☒ Certified
☐ Express Mail      ☐ Insured
☐ Return Receipt for Merchandise  ☐ COD

7. Date of Delivery

5. Received By: (Print Name)

6. Signature: (Addressee or Agent)
X _____

8. Addressee's Address (Only if requested and fee is paid)

PS Form 3811, December 1994        102595-97-B-0179    Domestic Return Receipt

Is your RETURN ADDRESS completed on the reverse side?

Thank you for using Return Receipt Service.

-2-

1  Timothy C. Karen, Esq., SBN 117071
   LAW OFFICES OF TIMOTHY C. KAREN
2  12702 Via Cortina, Suite 100
   Del Mar, California  92014
3  (619) 259-7790

4  Attorneys for Plaintiffs

FILED

98 OCT -8  PM 4: 43

CLERK. U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:                              DEPUTY

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM D. and EDITH L. BRADLEY, et al., | Case No. 96-1023-JM (JFS) |
| Plaintiffs, | DECLARATION OF SERVICE OF SUMMONS AND SECOND AMENDED COMPLAINT ON  DEFENDANT WAYNE MORRISON |
| v. | |
| STEVEN HOFFENBERG A/K/A BARRY COHEN, et al., | Date Served: March 26, 1998 |
| Defendants. | |

I, the undersigned, declare as follows:

1.     I am over the age of eighteen years and not a party to this action.

2.     I served the above-named person with the Summons on Second Amended Complaint and  Second Amended Complaint in this action by mailing the copies to the person served addressed as follows by first-class mail, postage prepaid on March 16, 1998 from San Diego, California to an address outside California with return receipt requested:

> WAYNE MORRISON
> 5770 E. Nassau Place
> Englewood,  CO 80111

3.     Such service is authorized pursuant to Federal Rule of Civil Procedure 4(e)(1) which allows for service pursuant to the law of the state in which the district court is located.  Pursuant to California CCP § 415.40, service is authorized on persons outside the state by certified mail with return receipt requested and service is effective ten days after mailing.

1        4.     The original return receipt is attached hereto and incorporated herein by reference.

2        5.     My business address is Law Offices of Timothy C. Karen, 12702 Via Cortina, Suite 100,

3    Del Mar, CA  92014, (619) 259-7790.

4        I declare under penalty of perjury under the laws of the State of California that the foregoing

5    is true and correct.

6        Executed in the County of San Diego, State of California on October 6, 1998.

7

8                            By: _Stewart Hindley_

9                                Stewart Hindley

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):

1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

| 3. Article Addressed to: | 4a. Article Number |
|---|---|
| Wayne Morrison 5770 E Nassau Pl. Englewood, CO 80111 | 413 899 614 |

4b. Service Type
- ☐ Registered
- ☒ Certified
- ☐ Express Mail
- ☐ Insured
- ☐ Return Receipt for Merchandise
- ☐ COD

7. Date of Delivery  3-1-9

5. Received By: (Print Name)  Kathryn Morrison

8. Addressee's Address (Only if requested and fee is paid)

6. Signature: (Addressee or Agent)
X Kathryn Morrison

PS Form **3811**, December 1994

102595-97-B-0179

**Domestic Return Receipt**

Is your RETURN ADDRESS completed on the reverse side?

Thank you for using Return Receipt Service.

1    Timothy C. Karen, Esq., SBN 117071
      LAW OFFICES OF TIMOTHY C. KAREN
2    12702 Via Cortina, Suite 100
      Del Mar, California 92014
3    (619) 259-7790

4    Attorneys for Plaintiffs

```
                                              FILED

                                   98 OCT -8  PM 4: 43

                                   CLERK. U.S. DISTRICT COURT
                                   SOUTHERN DISTRICT OF CALIFORNIA

                                   BY:                    DEPUTY
```

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM D. and EDITH L. BRADLEY, et al., | Case No. 96-1023-JM (JFS) |
|              Plaintiffs, | DECLARATION OF SERVICE OF SUMMONS AND SECOND AMENDED COMPLAINT ON DEFENDANT JINCO LEASING CORP. DBA JINCO FINANCIAL CORP. |
| v. | |
| STEVEN HOFFENBERG A/K/A BARRY COHEN, et al., | Date Served: March 26, 1998 |
|              Defendants. | |

I, the undersigned, declare as follows:

1.    I am over the age of eighteen years and not a party to this action.

2.    I served the above-named person with the Summons on Second Amended Complaint and Second Amended Complaint in this action by mailing the copies to the person served addressed as follows by first-class mail, postage prepaid on March 16, 1998 from San Diego, California to an address outside California with return receipt requested:

         JINCO LEASING CORP.
         C/O Wayne Morrison, Agent for Service of Process
         5770 E. Nassau Place
         Englewood, CO 80111

3.    Such service is authorized pursuant to Federal Rule of Civil Procedure 4(e)(1) which allows for service pursuant to the law of the state in which the district court is located. Pursuant to California CCP § 415.40, service is authorized on persons outside the state by certified mail with return receipt requested and service is effective ten days after mailing.

4.      The original return receipt is attached hereto and incorporated herein by reference.

5.      My business address is Law Offices of Timothy C. Karen, 12702 Via Cortina, Suite 100, Del Mar, CA  92014, (619) 259-7790.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed in the County of San Diego, State of California on October 6, 1998.


By: _Stewart Hindley_
        Stewart Hindley

- 2 -

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write *'Return Receipt Requested'* on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):

1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

| 3. Article Addressed to: | 4a. Article Number |
|---|---|
| JINCO Leasing Corp. C/o Wayne Morrison Agent for Service of Process 5770 E NASSAU Pl. Englewood CO 80111 | 413  899   612 |

4b. Service Type
☐ Registered    ☒ Certified
☐ Express Mail    ☐ Insured
☐ Return Receipt for Merchandise   ☐ COD

7. Date of Delivery    3/19

5. Received By: (Print Name)

8. Addressee's Address (Only if requested and fee is paid)

6. Signature: (Addressee or Agent)
X

PS Form **3811**, December 1994    102595-97-B-0179    **Domestic Return Receipt**

*Is your RETURN ADDRESS completed on the reverse side?*

*Thank you for using Return Receipt Service.*

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WILLIAM D. and EDITH L.<br>BRADLEY, et al.,<br><br>          Plaintiffs,<br><br>v.<br><br>ANDOVER SECURITIES, a Missouri<br>corporation, et al.,<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 96-1023-J (JFS)<br><br>DECLARATION OF SERVICE OF<br>MOTION FOR LEAVE TO FILE<br>PROPOSED SECOND AMENDED<br>COMPLAINT<br><br>Date Served: March 10, 1997<br>Hearing Date: April 7, 1997<br>Time: 10:30 a.m.<br>Courtroom: 5<br>Judge: The Honorable Napoleon<br>A. Jones, Jr. |

I, the undersigned, declare as follows:

1.   I am over the age of eighteen years and not a party to this action.

2.   I am employed in the County of San Diego, State of California, in which county the within-mentioned mailing occurred. My business address is Law Offices of Timothy C. Karen, 12702 Via Cortina, Suite 100, Del Mar, California 92014.

3.   I am readily familiar with the firm's practice for collection and processing of correspondence for mailing with the United States Postal Service.  Such correspondence is deposited with the United States Postal Service the same day in the ordinary course of business.

4.   On the date set forth below, I served a true and correct copy of the following paper(s), to wit:

     a.   NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE PROPOSED SECOND AMENDED COMPLAINT;

     b.   MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR LEAVE TO FILE PROPOSED SECOND AMENDED COMPLAINT;

     c.   DECLARATION OF TIMOTHY C. KAREN IN SUPPORT OF MOTION FOR LEAVE TO FILE PROPOSED SECOND AMENDED COMPLAINT;

     d.   SECOND AMENDED COMPLAINT.

by placing a copy thereof in a separate envelope to each addressee as set forth on the list attached hereto and incorporated herein by reference.

5.   I then sealed each envelope and placed each envelope for collection and mailing on the date set forth below, at the Law Offices of Timothy C. Karen, following ordinary business practices.

6.   I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed in the County of San Diego, State of California on March 10, 1997.

By:_____
               Carla Ott

```
Tel:  (206) 340-1825
Fax:  (206) 623-4363
```

```
Robert H. Bucher
736 Vine St.
Denver, CO  80206
Tel:  (800)214-7633
```

In Pro Per and on behalf of Defendant ANDOVER SECURITIES, a Missouri corporation

```
S. Barcus Hunter
HUNTER & CAMERON
1701 River Run, Suite 1115
Fort Worth, TX  76107-9590
Tel:  (817) 870-2656
Fax:  (817) 870-0317
```

Attorney for Defendants KIRBY ENDSLEY and VAUTRAIN NELSON LEFEVRE, ENDSLEY AND DURHAM, INC., a Texas corporation

FILED

APR 4 1997

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM D. and EDITH L. BRADLEY et al.,<br><br>                              Plaintiffs,<br><br>  vs.<br><br>ANDOVER SECURITIES, a Missouri corporation, et al.,<br><br>                              Defendants. | CASE NO. 96-1023-J (JFS)<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT** |

Before the court is a motion for leave to file a second amended complaint. For the reasons set forth below, the court grants plaintiffs' motion.

### BACKGROUND

On June 7, 1996, a complaint in this action was filed by 72 plaintiffs against 74 defendants. On September 24, 1996, a first amended complaint was filed, which added at least 59 plaintiffs and 24 defendants. Plaintiffs are investors in promissory notes issued by Towers Financial Corporation. Plaintiffs allege that the total note offerings formed the core of the largest Ponzi scheme in United States history (Plaintiffs' Mem. at 2). In this action, plaintiffs are suing the brokerage houses and stockbrokers who sold them the Towers investments (Plaintiffs' Mem. at 1).

Plaintiffs move for leave to file a second amended complaint for several reasons. First, plaintiffs seek to correct clerical errors and errors in the names of some of the parties set forth in the first amended complaint. Second, plaintiffs seek to add several new defendants who were not

-1-

96cv1023

1  previously named due to a mistake in their identity. Third, plaintiffs seek to delete the names of

2  plaintiffs who have dismissed their claims. Fourth, plaintiffs wish to include further allegations

3  regarding class action tolling. Fifth, plaintiffs wish to revise their substantive allegations based upon

4  further investigation and research (Plaintiffs' Mem. at 2).

5       Defendants Gill & Associates, Inc. and Ted Gill (collectively "the Gill defendants") have filed

6  a non-opposition to plaintiffs' present motion. The Gill defendants, however, filed a motion to

7  dismiss on February 27, 1997, which is scheduled to be heard on May 27, 1997. The Gill defendants

8  argue that plaintiffs' first amended complaint and proposed second amended complaint fail to allege

9  venue or jurisdictional facts. The Gill defendants state that they do not oppose plaintiffs' present

10  motion as long as their motion to dismiss remains on calendar and is deemed responsive to the

11  proposed second amended complaint.

12                          **DISCUSSION**

13       Rule 15(a) of the Federal Rules of Civil Procedure provides in relevant part that a party may

14  amend his or her pleading "only by leave of court or by written consent of the adverse party; and

15  leave shall be freely given when justice so requires." Fed. R. Civ. P. 15(a). As its language suggests,

16  Rule 15(a) is liberally construed. Morongo Band of Mission Indians v. Rose, 893 F.2d 1074, 1079

17  (9th Cir. 1990). Leave to amend is to be freely granted unless there would be prejudice to the

18  opposing party, the motion to amend is brought in bad faith, amendment would be futile or cause

19  undue delay, or the moving party has failed to cure deficiencies in previous amendments. See, e.g.,

20  Kaplan v. Rose, 49 F.3d 1363, 1370 (9th Cir. 1994), cert. denied, 116 S. Ct. 58 (1995) ("A district

21  court's denial of leave to amend is reviewed for an abuse of discretion, keeping in mind the strong

22  policy in favor of allowing amendment, and considering four factors: bad faith, undue delay,

23  prejudice to the opposing party, and the futility of amendment"); DCD Progs., Ltd. v. Leighton, 833

24  F.2d 183, 186 (9th Cir. 1987).

25       In light of the liberal mandate of Rule 15(a), the court grants plaintiffs' motion for leave to file

26  a second amended complaint. Many of the changes plaintiffs seek to make are purely technical, and

27  any new substantive allegations are based on the same set of facts alleged in the original and first

28  amended complaints. Thus, the court finds that already named defendants will not be prejudiced. In

96cv1023

1  addition, there is no indication that proposed defendants will be prejudiced. Plaintiffs state that they

2  will immediately notify any new defendants of the pendency of this action (Plaintiffs' Mem. at 5).

3        As to the Gill defendants' motion to dismiss, the court will keep their motion on calendar, and

4  will deem it responsive to plaintiffs' proposed second amended complaint.

5                                   **CONCLUSION**

6        Having considered plaintiffs' motion and finding good cause, the court hereby **GRANTS**

7  plaintiffs' motion for leave to file a second amended complaint.  The second amended complaint shall

8  be deemed filed and served upon the parties who have appeared and remain in this action as of the

9  file-stamped date of this order.

10       *IT IS SO ORDERED.*

11

12  DATED: April 2, 1997

                                        NAPOLEON A. JONES, JR.
13                                      United States District Judge

14

15

16  cc:   MAGISTRATE JUDGE JAMES F. STIVEN

17        ALL PARTIES

18

19

20

21

22

23

24

25

26

27

28

                                        -3-                                       96cv1023