















```
MEG   5/18/01   15:21
3:96-CV-01023   BRADLEY V. HOFFENBERG
*379*
*O.*
```

FILED
01 MAY 18 AM 8:41
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM D. BRADLEY, et al., | Civil No. 96cv1023-L(JFS) |
| Plaintiff, | **ORDER VACATING PRETRIAL CONFERENCE** |
| v. | |
| STEVEN HOFFENBERG, et al., | |
| Defendants. | |

Having reviewed the record, it appears this case has settled and that a stipulated dismissal will be submitted before June 1, 2001. Good cause appearing, **IT IS HEREBY ORDERED** that the pretrial conference scheduled for May 29, 2001 is **VACATED**.

**IT IS SO ORDERED.**

Dated: 5/16/01

M. JAMES LORENZ
UNITED STATES DISTRICT JUDGE

COPY TO:

HON. JAMES F. STIVEN
UNITED STATES MAGISTRATE JUDGE

All Counsel